DAJ

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 282**

| In the Matter of | Case Number: |
|---|---|
| Angel Torres<br>v<br>City of Chicago, Officer Jerry Doskocz (#6573), Officer Kenneth Flaherty (#13584), Officer John Doe #1, Officer John Doe #2 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angel Torres

**JUDGE KENDALL**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| Brian J. Barrido |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian J. Barrido |

| FIRM |
|---|
| Dvorak, Toppel & Barrido |

| STREET ADDRESS |
|---|
| 3859 W. 26th Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274524 | (773) 521-1300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐