AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Angel Torres

V.

City of Chicago, Officer Jerry Doskocz (#6573), Officer Kenneth Flaherty (#13584), Officer John Doe #1, Officer John Doe #2

CASE NUMBER: **08 C 282**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Officer Jerry Doskocz, Star #6573
Chicago Police Department
3510 S. Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 1/18/08 |
| NAME OF SERVER (PRINT) Juan Baltierres | TITLE | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Chicago Police Dept.
3510 S. Michigan
Chicago IL 60653

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
Date                    Signature of Server

3854 W. 26th St., Chicago IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.