**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 282 |
| Angel Torres,<br>    Plaintiff, | Honorable Judge Kendall |
| v. | |
| City of Chicago, et al.,<br>    Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   J. Doskocz, Defendant, and K. Flaherty, Defendant.

| | |
|---|---|
| NAME (Type or print)<br>          Matthew R. Hader | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          /s/ Matthew R. Hader | |
| FIRM<br>          City of Chicago, Corporation Counsel's Office | |
| STREET ADDRESS     30 North LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>          Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>          06284330 | TELEPHONE NUMBER<br>          312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES  X           NO  ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES  ☐           NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES  ☐           NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES  X   NO  ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL  ☐     APPOINTED COUNSEL  ☐ | |