IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angel Torres, ) | |
| ) | Case No 08 C 282 |
| Plaintiff, ) | |
| ) | Judge Kendall |
| v. ) | |
| ) | Magistrate Judge Denlow |
| City of Chicago, Officer Jerry Doscocz (#6573), ) | |
| Officer Kenneth Flaherty (#13584), Officer John ) | JURY TRIAL DEMANDED |
| Doe #1, Officer John Doe #2, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:   Brain J. Barrido
      Dvorak, Toppel & Barrido
      3859 West 26th Street
      Chicago, IL 60623
      (773) 521-1300

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 28th day of February, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 22nd day of February, 2008.

                                                          Respectfully Submitted,

                                                           s/ Matthew R. Hader
                                                          MATTHEW R. HADER
                                                          Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
Atty. No. 06284330