UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Angel Torres
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00282
                                                Honorable Virginia M. Kendall
City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for an Extension of Time [13] is granted. Defendant may have until 3/21/08 to answer or otherwise respond to the Complaint. The 3/11/08 Initial Status hearing is stricken and reset to 3/26/2008 at 09:00 AM. Joint Status Report due 3/21/2008. The 2/28/08 presentment date for this motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.