IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL TORRES, | ) | 08 C 0282 |
| | ) | |
| Plaintiff, | ) | Judge Kendall |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Denlow |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO**:  Brian J. Barrido                     Matthew Hader
        Dvorak, Toppel & Barrido             Assistant Corporation Counsel
        3859 West 26th Street                30 North LaSalle, Suite 1400
        Chicago, Illinois 60623              Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on March 5, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **March 11, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 5th day of March, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408