IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL TORRES,           )<br>      Plaintiff,     )<br>             )<br>vs.                           )<br>             )<br>CITY OF CHICAGO,    )<br>a municipal corportation,  )<br>OFFICER JERRY DOSKOCZ, Star #6573,  )<br>a Chicago Police Officer,   )<br>in his individual capacity,   )<br>OFFICER KENNETH FLAHERTY, Star #13584,  )<br>a Chicago Police Officer,   )<br>in his individual capacity,   )<br>CHICAGO POLICE OFFICER JOHN DOE #1,  )<br>Star number unknown,    )<br>in his individual capacity,   )<br>CHICAGO POLICE OFFICER JOHN DOE #2,  )<br>Star number unknown,    )<br>in his individual capacity,   )<br>             )<br>      Defendants.     ) | 08 C 0282<br><br>Judge Kendall<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

To:   Matthew R. Hader
       Assistant Corporation Counsel – City of Chicago
       30 N. LaSalle Street, Suite 1400
       Chicago, IL 60602

       Megan McGrath
       Assistant Corporation Counsel – City of Chicago
       30 N. LaSalle Street, Suite 1020
       Chicago, IL 60602

       Marcela Sanchez
       Assistant Corporation Counsel – City of Chicago
       30 N. LaSalle Street, Suite 1020
       Chicago, IL 60602

      **PLEASE TAKE NOTICE** that on March 19, 2008, I caused to be filed in the Northern District of Illinois, Eastern Division, the attached Joint Initial Status Report.

Date:   March 19, 2008

By: /s/ Brian J. Barrido_____
BRIAN J. BARRIDO

**CERTIFICATE OF SERVICE**

The counsel for Plaintiff, Brian J. Barrido of Dvorak, Toppel & Barrido, LLC, hereby certifies that he served the attached attorney-client agreement on all parties via the electronic filing system and by regular mail with the United States Post Office located at 3859 W. 26th Street, Chicago, IL 60623, pursuant to Supreme Court Rule 12(d) at or before 5:00 p.m. on this 19th day of March, 2008.

By: /s/ Brian J. Barrido_____
BRIAN J. BARRIDO

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, Illinois 60623
(773) 521-1300
brian.barrido@civilrightsdefenders.com
Attorney No. 6274524