IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL TORRES, ) | |
| Plaintiff, ) | |
| vs. ) | No. 08 C 282 |
| ) | |
| CITY OF CHICAGO, a municipal corporation, ) | Judge Kendall |
| OFFICER JERRY DOSKOCZ, Star #6573, ) | |
| a Chicago Police Officer, in his individual ) | Magistrate Judge Denlow |
| capacity, OFFICER KENNETH FLAHERTY, ) | |
| Star #13584, Chicago Police Officer in his ) | |
| individual capacity, ) | |
| CHICAGO POLICE OFFICER ) | |
| JOHN DOE # 1, Star number unknown, ) | |
| in his individual capacity, ) | |
| CHICAGO POLICE OFFICER ) | |
| JOHN DOE #2, Star number unknown, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO**:  Brian J. Barrido  
Dvorak, Toppel & Barrido  
3859 W. 26th Street  
Chicago, Illinois 60623  

Matthew R. Hader  
Assistant Corporation Counsel  
30 North LaSalle Street, Suite 1400  
Chicago, Illinois 60602  

   **PLEASE TAKE NOTICE** that on March 21, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel, City of Chicago

BY:  /s/ Marcela D. Sánchez

30 N. LaSalle Street, Suite 1020          MARCELA D. SÁNCHEZ
Chicago, IL 60602                                    Assistant Corporation Counsel

**CERTIFICATE OF SERVICE**

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 21st day of March, 2008.

                                                  **/s/ Marcela D. Sánchez**