IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL TORRES, | ) | |
| | ) | Case No. 08 C 282 |
| Plaintiff, | ) | |
| | ) | Judge Virginia M. Kendall |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| OFFICER JERRY DOSKOCZ, Star #6573, a | ) | |
| Chicago Police Officer, in his individual | ) | |
| capacity, OFFICER KENNETH FLAHERTY, | ) | |
| Star #13584, a Chicago Police Officer, in his | ) | |
| individual capacity, CHICAGO POLICE | ) | |
| OFFICER, JOHN DOE #1, Star number | ) | |
| unknown, in his individual capacity, CHICAGO | ) | |
| POLICE OFFICER, JOHN DOE #2, Star | ) | |
| Number unknown, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Brain J. Barrido                Marcela Sanchez-Aguilar
      Dvorak, Toppel & Barrido        Megan McGrath
      3859 West 26th Street           City of Chicago – Dept. of Law
      Chicago, IL 60623               30. N. LaSalle, Ste. 1020
      (773) 521-1300                  Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS DOSKOCZ AND FLAHERTY'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.
   **DATED** at Chicago, Illinois this 21st day of March, 2008.

                                          Respectfully submitted,

                                           s/ Matthew R. Hader
                                          MATTHEW R. HADER
                                          Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois  60602
312.742.9586
Atty. No. 06284330
matt.hader@cityofchicago.org