# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 282 | **DATE** | 6/17/2008 |
| **CASE TITLE** | TORRES vs. CITY OF CHICAGO et al | | |

**DOCKET ENTRY TEXT**

Enter agreed protective order. No restricted or sealed document is to be filed with the Clerk of Court unless leave of court to file the particular document(s) is specifically obtained by the court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|