IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL TORRES,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITY OF CHICAGO,<br>a municipal corportation,<br>OFFICER JERRY DOSKOCZ, Star #6573,<br>a Chicago Police Officer,<br>in his individual capacity,<br>OFFICER KENNETH FLAHERTY, Star #13584,<br>a Chicago Police Officer,<br>in his individual capacity,<br>CHICAGO POLICE OFFICER JOHN DOE #1,<br>Star number unknown,<br>in his individual capacity,<br>CHICAGO POLICE OFFICER JOHN DOE #2,<br>Star number unknown,<br>in his individual capacity,<br><br>　　　　Defendants. | 08 CV 00282<br><br>Judge Kendall<br><br>Magistrate Denlow |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

To:　　All Counsel of record

　　**PLEASE TAKE NOTICE** that I have, this 14th day of August, 2008, electronically filed with the Clerk of the above captioned court, Plaintiff's Agreed Motion to Extend Discovery, a copy of which is attached hereto and herewith served upon you.

　　**PLEASE TAKE FURTHER NOTICE** that on August 19, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Kendall, or before any such judge sitting in her stead, in courtroom 2319 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

                                      Respectfully submitted,

                                      s/ Brian J. Barrido
                                      Brian J. Barrido,
                                      One of the Attorneys for the Plaintiff.

Brian J. Barrido
DVORAK, TOPPEL & BARRIDO, LLC.
Attorney No. 6274524
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)
brian_barrido@civilrightsdefenders.com