UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Angel Torres
                      Plaintiff,

v.                                             Case No.: 1:08−cv−00282
                                                                  Honorable Virginia M. Kendall

City Of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's agreed motion for extension of time to complete discovery [32] is granted in part. All fact discovery shall be completed by 10/6/2008. All expert discovery shall be completed by 11/17/2008. Dispositive motions with supporting memoranda due by 12/15/2008. Response is to be filed by 1/12/2009. Reply is due by 1/26/2009. Court will rule by mail. Status hearing date of 8/26//2008 is reset for 10/7/2008 at 09:00 AM. Trial date of 3/23/2009 shall stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.